Opinion issued July 18, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00105-CV

____________


CAROL HARDENBROOK, Appellant


V.


EXXON CO. AND JOHN JOINDER, Appellees






On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 0104711






O P I N I O N

 The Court today considered the motion of appellant, Carol Hardenbrook, to dismiss
this appeal. Appellant's motion is granted and the appeal is dismissed. Tex. R. App. P.
42.1(a). All pending motions in this appeal are overruled as moot. The Clerk is directed to
issue mandate immediately. Tex. R. App. P. 18.1.

PER CURIAM


Panel consists of Justices Taft, Nuchia, and Radack. 

Do not publish. Tex. R. App. P. 47.